RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Veken Ibrahim Yousif

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VEKEN IBRAHIM YOUSIF,<br><br>Defendant. | Case No. 2:23-cr-00062-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Veken Ibrahim Yousif, that the Sentencing Hearing currently scheduled on September 21, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Yousif, which is relevant to the sentencing disposition of this case.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED: August 2, 2023.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ *Joanne L. Diamond*  
JOANNE L. DIAMOND  
Assistant Federal Public Defender

By /s/ *Steven Rose*  
STEVEN ROSE  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VEKEN IBRAHIM YOUSIF,<br><br>　　　　Defendant. | Case No. 2:23-cr-00062-APG-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, September 21, 2023 at 10:00 a.m., be vacated and continued to January 4, 2024 at the hour of 9:00 a.m. in Courtroom 6C.

　　DATED this 3rd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

3