RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Veken Ibrahim Yousif

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00062-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (Sixth Request) |
| v. | |
| VEKEN IBRAHIM YOUSIF, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Veken Ibrahim Yousif, that the Sentencing Hearing currently scheduled on December 12, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1       1.    Counsel for the defendant needs additional time to gather mitigation information for Mr. Yousif, which is relevant to the sentencing disposition of this case.

2.    The defendant is not in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the sixth request for a continuance of the sentencing hearing.

DATED: September 30, 2024.


RENE L. VALLADARES             JASON M. FRIERSON
Federal Public Defender           United States Attorney


By */s/ Joanne L. Diamond*         By */s/ Steven Rose*
JOANNE L. DIAMOND           STEVEN ROSE
Assistant Federal Public Defender    Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00062-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| VEKEN IBRAHIM YOUSIF, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, December 12, 2024 at 9:00 a.m., be vacated and continued to March 19, 2025 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 1st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE

3