RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Veken Ibrahim Yousif

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VEKEN IBRAHIM YOUSIF,<br><br>    Defendant. | Case No. 2:23-cr-00062-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Veken Ibrahim Yousif, that the Sentencing Hearing currently scheduled on July 8, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel intends to submit a sentencing video for the Court's consideration. Defense counsel needs additional time to complete the preparation of this video.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the eighth request for a continuance of the sentencing hearing.

DATED: June 18, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00062-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| VEKEN IBRAHIM YOUSIF, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, July 8, 2025 at 10:00 a.m., be vacated and continued to September 10, 2025 at the hour of 10:00 a.m., in Las Vegas Courtroom 6C.

DATED this 23rd day of June, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3